■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUADAUN JAMES, Appellant. [992 NYS2d 401]—

Judgment, Supreme Court, Bronx County (Robert A. Sackett, J.), rendered March 12, 2012, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 10 years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination. Defendant did not make a valid waiver of the right to appeal, and, in any event, the right of an eligible defendant to such a determination is not waivable (*id.* at 499). Since we are ordering a new sentencing proceeding, we find it unnecessary to address defendant's other arguments. Concur—Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.